# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TECHNOLOGY SOLUTIONS COMPANY AND ZAMBA SOLUTIONS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>NORMAN D. SMITH,<br><br>    Defendant. | No. 06-cv-03789 PAM/JSM |

## ORDER OF DISMISSAL

The parties have announced that they have settled this case. This case, therefore, is **DISMISSED WITH PREJUDICE**. The parties shall be responsible for bearing their own discretionary costs and expenses, including attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July  13 , 2007

 s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court